DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
ROGER YANG
Assistant United States Attorneys
333 Las Vegas Blvd., South
Fifth Floor
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6020

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-097-RCJ-VCF |
| vs. | **ORDER** |
| RICHARD CARL BROWN, | |
| Defendant. | |

This matter being set for trial starting this date, February 11, 2013, and the Court having been advised that certain documents need to be provided expeditiously, IT IS HEREBY ORDERED as follows:

1. Cox Communications shall provide the documents previously requested for IP Address 72.193.79.254, including subscriber information, that were previously requested in the Administrative Subpoena attached hereto as Exhibit A, except that this order covers from **September 30, 2010 to present**, instead of the dates on Exhibit A.

2. These documents shall be provided forthwith, and no later than February 12, 2013, at noon.

3. If documents for any of this time period are not available, Cox Communications will provide an explanation for this unavailability to the Court at the time it produces the available documents

SO ORDERED.

**DATED** this <u>11th</u> day of February, 2013.

_____
ROBERT C. JONES
United States District Judge

# HENDERSON POLICE  DEPARTMENT

JUTTA CHAMBERS, CHIEF

ADMINISTRATIVE SUBPOENA

ISSUED PURSUANT TO NRS 193.340

THE HENDERSON POLICE DEPARTMENT SENDS GREETINGS TO:

COX Communications, Attention: Custodian of Records
1400 Lakehearn Drive Atlanta, GA 303191
FAX#: (404) 269-1898
BUS#: (404) 269-6841

YOU ARE HEREBY COMMANDED, pursuant to the authority granted a law enforcement agency in Nevada Revised Statute 193.340, that all and singular business excuses being set aside, you produce:
RE: Event# 110913000488

1. A true and accurate copy of your customer records, including the name(s), address(es) or billing address(es), social security number(s) and date(s) of birth of the person(s) listed as the customer(s) for the following service address and/or phone number and/or E-mail account:

    - IP Address: <u>72.193.79.254</u>, that was accessed on 9/10/11 at 0942 hours PDT. This case involves CHILD PORNOGRAPHY.
    - Please provide the date this subscriber was issued the listed IP address and if has since been released along with the date of the release.
    - Also, please provide the subscriber's complete IP history dating back 90 days and current IP address

The records shall be delivered, as soon as possible, to the Henderson Police Department via fax #(702) 267-4751 to the attention of Detective Nichols #1242 or via email to wayne.nichols@cityofhenderson.com

This subpoena is made to further a criminal/civil investigation being conducted by the Henderson Police Department. If you have any questions about this subpoena, contact <u>Detective Nichols #1242 at (702) 267-4778</u>. Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena. You are requested not to disclose the existence of this subpoena. Any such disclosure could obstruct and impede the investigation being conducted and thereby interfere with the enforcement of the law.

Dated this 13th day of September, 2011.

Jutta Chambers, POLICE CHIEF

By: _____
Bureau Commander/ Henderson Police Department
HPD INV-6 (7/98)