1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD CARL BROWN, )<br>)<br>Defendant. )<br>_____ ) | 2:12-CR-097-RCJ-(VCF) |

## FINAL ORDER OF FORFEITURE

On February 20, 2013, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

States Code, Section 2253(a)(1) and (a)(3) based upon the jury verdict finding defendant RICHARD

CARL BROWN guilty of the criminal offenses, forfeiting specific property alleged in the Criminal

Indictment and Amended Bill of Particulars and shown by the United States to have the requisite

nexus to the offenses to which defendant RICHARD CARL BROWN was found guilty. Criminal

Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 34; Minutes of Jury Trial

Proceedings, ECF No. 87; Jury Verdict, ECF No. 91; Preliminary Order of Forfeiture, ECF No. 95.

This Court finds the United States of America published the notice of the forfeiture in

accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 23, 2013, through March 24, 2013, notifying all potential third parties

of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 102.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

       1.     Silver Cooler Master PC Tower (serial # unknown);

       2.     Mass Cool Hard Drive Enclosure containing a 1.5 TB Western Digital hard drive (serial #WCAVU0305751);

       3.     Black Cooler Master Computer PC Tower (Serial No. 921001V600603);

       4.     Mass Cool Hard Drive Enclosure (UHB-360US); and

       5.     any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2   certified copies to the United States Attorney's Office.

3       DATED this 19 day of June, 2013.

4

5

6                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26